UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRE MARIE NGONO,

                        Plaintiff,

    -against-

UNITED STATES OF AMERICA,

                        Defendant.

19cv06854 (VEC) (DF)

**ORDER**

---

**DEBRA FREEMAN, United States Magistrate Judge:**

       This Court having held a telephonic case management conference on July 12, 2021, with *pro se* plaintiff Andre Marie Ngono ("Plaintiff"), and counsel for defendant United States of America ("Defendant"), it is hereby ORDERED, as follows:

       1.     Plaintiff's motion for appointment of an independent medical expert (Dkt. 52) is denied without prejudice, for the reasons stated on the record of the July 12 conference.

       2.     Plaintiff's motion for a protective order governing the conduct of his deposition (*see* Dkt. 61)[1] is denied, except to the extent stated on the record of the July 12 conference. Defendant's motion for a conference regarding the parties' dispute over the timing of, and protocols for, Plaintiff's deposition (Dkt. 62) is terminated as moot, in light of the conference held on July 12 and the rulings made therein.

---

[1] Although Plaintiff maintains that he delivered his motion for a protective order to the Court for filing, the motion itself does not appear on the Docket. Rather, only Plaintiff's certificate of service of the motion has been filed, at Dkt. 61. Nonetheless, this Court heard from Plaintiff at the July 12 conference regarding the nature of the protective order requested, and this Court addressed on the record, at length, what it understood to be the various types of protections that Plaintiff was seeking in the motion.

3. Given that Plaintiff's deposition still needs to be conducted and that certain other discovery also remains outstanding, the discovery deadlines are extended as follows: All fact discovery shall be completed by August 31, 2021; expert reports shall be served by September 30, 2021; rebuttal expert reports shall be served by November 1, 2021; and all expert discovery shall be completed by November 17, 2021. The parties are cautioned that the extension of the deadline for the completion of fact discovery shall be considered "final" and will not be extended further absent a showing of extraordinary cause.

4. In accordance with the above, the Clerk of Court is directed to close Dkts. 52, 61, and 62 on the Docket of this action.

Dated: New York, New York
July 12, 2021

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:

All parties (via ECF)